IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT OSSIE DINKINS, Register No. 529495, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-4009-CV-C-NKL |
| | ) | |
| STATE OF MISSOURI, al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 11, 2008, plaintiff filed a motion for injunction alleging imminent danger. Plaintiff's complaint was dismissed, without prejudice, on May 19, 2008. Therefore, plaintiff's motion for injunction will treated as a motion to alter or amend judgment, pursuant to Fed. R. Civ. P. 60(b). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." Reyher v. Champion, 975 F.2d 483, 488 (8th Cir. 1992) (quoting United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986)). Although plaintiff's motion cites imminent danger, it appears plaintiff is making only general allegations of improper medical care.[1] Such allegations do not constitute exceptional circumstances justifying granting of relief under Rule 60(b).

THEREFORE, IT IS ORDERED that plaintiff's motion for injunction, treated as a motion for relief from the judgment, is denied. [14]

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: June 20, 2008
Jefferson City, Missouri

---

[1] Plaintiff's handwriting is difficult to read and the court has deciphered it to the most extent possible.